CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/16/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| B.D.G.H., a minor, by and through his next friend SCOTT BASSETT,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HAYES, Acting Director, Office of Refugee Resettlement;<br><br>KENNETH TOTA, Deputy Director, Office of Refugee Resettlement;<br><br>LYNN JOHNSON, Assistant Secretary for the Administration for Children and Families, U.S. Department of Health and Human Services;<br><br>ALEX AZAR, Secretary, U.S. Department of Health and Human Services;<br><br>NATASHA DAVID, Federal Field Specialist, Office of Refugee Resettlement; and<br><br>TIMOTHY SHOWALTER, Executive Director, Shenandoah Valley Juvenile Center, *in their official capacities*,<br><br>Defendants. | Case No. 5:20-cv-00020 |

## ORDER GRANTING MOTION FOR CONTINUANCE

Upon consideration of the Defendants' Motion for Continuance, and it appearing proper to do so, it is ORDERED that the deadline for Defendants to file a response to the Court's Order to Show Cause in this matter be continued to March 20, 2020.

ENTERED this 16th day of March, 2020.

/s/ Elizabeth K. Dillon
ELIZABETH K. DILLON
UNITED STATES DISTRICT JUDGE